IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:01-CR-221-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL ANTRANTRINO LEE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to Amend the Judgment. Defendant moves this court to suspend his fine until he is released from the custody of the Bureau of Prisons (BOP). Defendant has shown no legal reason why his judgment should be amended. Payment of fines during incarceration is governed by the rules of the Inmate Financial Responsibility Program, a program run by the BOP. Concerns about repayment during incarceration should be addressed to the appropriate official within the BOP.

The court hereby DENIES defendant's motion [DE #49].

This 2nd day of November 2010.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26