IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-221-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MICHAEL ANTRANTRINO LEE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's Motions to Amend the Judgment filed November 12, 2010 [DE #54] and April 20, 2011 [DE #57]. Defendant moves this court to suspend his fine until he is released from the custody of the Bureau of Prisons (BOP). Defendant previously sought the same relief from this court, and his request was denied by order filed November 2, 2010. [DE #53].

Payment of fines during incarceration is governed by the rules of the Inmate Financial Responsibility Program, a voluntary program designed to assist inmates in meeting their financial responsibilities. See BOP Program Statement 5380.07, Inmate Financial Responsibility Program.

While participation in the IFRP is voluntary, refusing to participate in the program results in the denial of certain expressly defined privileges. For example, inmates who refuse to participate in the program are not ordinarily eligible for furloughs, are limited to maintenance pay, are restricted from placement in UNICOR (the BOP's industries program), are limited in their monthly commissary spending limits, are quartered in the lowest housing unit status, etc. Id.

The court has reviewed the matter and finds no reason to alter its prior ruling. The court hereby DENIES defendant's motions [DE #54 and #57].

This 3rd day of May 2011.

					*Malcolm J. Howard*
					Malcolm J. Howard
					Senior United States District Judge

At Greenville, NC
#26