IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:01-CR-221-1H

UNITED STATES OF AMERICA,          )
                                   )
                                   )
        v.                         )
                                   )        **ORDER**
MICHAEL ANTRANTRINO LEE,           )
                                   )
        Defendant.                 )


        This matter is before the court on defendant's motion in

which he requests that this court vacate, set aside or suspend

his fine due to his alleged medical condition.  This is at least

the third motion defendant has filed seeking substantially the

same relief.  Finding no reason to alter or amend its prior

decisions, and for lack of good cause shown, defendant's motion

[DE #59] is DENIED.

        This ___3^RD___ day of April 2013.


                        Malcolm J. Howard
                        Senior United States District Judge


At Greenville, NC
#26