# UNITED STATES DISTRICT COURT
### for the

### Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | **AMENDED JUDGMENT** |
| v. | ) | |
| Michael Antrantrino Lee | ) | Case No:  5:01-CR-221-1H |
| | ) | |
| | ) | USM No:  19864-056 |
| Date of Original Judgment:          March 20, 2002 | ) | |
| Date of Previous Amended Judgment: September 10, 2009 | ) | Laura S. Wasco |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  324                          months **is reduced to**  262 months in Count 1.

The 60-month consecutive sentence originally imposed in Count 3 is not reduced.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated  March 20, 2002, and September 10, 2009,          shall remain in effect. **IT IS SO ORDERED.**

Order Date:   **5/27/2014**                                                    _____
                                                                                                *Judge's signature*

Effective Date: _____                Malcolm J. Howard, Senior United States District Judge
                *(if different from order date)*                *Printed name and title*

EDNC 7/26/2012