UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-221-1H
5:16-CV-204-H

MICHAEL ANTRANTRINO LEE,
Petitioner

v.

UNITED STATES OF AMERICA,
Respondent

ORDER

For good cause having been shown upon the motion of the Petitioner, it is hereby

ORDERED that the parties may file briefs regarding the effect of *Beckles v. United States,* and any other remaining issues in this matter. Petitioner must file any brief on or before June 16, 2017. Respondent may file a response to Petitioner's supplemental response on or before July 17, 2017. Any further response by Petitioner must be filed on or before July 31, 2017. This 30 day of May, 2017.

MALCOLM J. HOWARD
Senior United States District Judge