IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:01-CR-221-1H
No. 5:20-CV-436-H

MICHAEL ANTRANTRINO LEE,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Petitioner,　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　) **ORDER**
　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Respondent.　　　　　　 )

　　　This matter is before the court on petitioner's motions to "remove/lift hold of the abeyance" on his § 2255 motion. Petitioner filed a 2255 motion on July 30, 2020 and simultaneously requested this court to hold his motion in abeyance. He now requests the court move forward on his motion. The court hereby grants his motions to "remove/lift hold of the abeyance" [DE #163 and #170]. Additionally, the motion to hold in abeyance [DE #151] should now be terminated as moot.

　　　A review of the record reveals that the motion petitioner filed to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255, received on July 30, 2020 [DE #150] does not substantially follow the form appended to the Rules Governing § 2255 Proceedings and is therefore not in compliance with Rule

2(c) of the Rules Governing § 2255 Proceedings and Local Civil Rule 81.2 of this court. The Clerk is DIRECTED to send a copy of the appropriate form to petitioner. Petitioner must complete the form in its entirety, sign it under penalty of perjury (or a person authorized by petitioner, such as an attorney, may sign it) and file the original with the Clerk of this court.

**Petitioner is DIRECTED to return the form, in accordance with these instructions, within fourteen (14) days from the filing of this order. Failure to do so may result in the dismissal of this action or the striking of the motion.**

Send the original of the corrected § 2255 form to:
Clerk of Court
United States District Court, E.D.N.C.
201 S. Evans Street
Greenville, NC 27858

A copy of the completed § 2255 motion will be forwarded to the United States Attorney.

This 11th day of January 2021.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26