IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:01-CR-00221-M

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MICHAEL ANTRANTRINO LEE,

     Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion to Nunc Pro Tunc Ruling on Compassionate Release [DE 259]. Defendant seeks reconsideration of the court's prior order declining to grant compassionate release. *Id.* at 259. However, since the motion was filed, Defendant has been released from federal custody, having completed the term of imprisonment imposed by this court at the December 9, 2024, revocation hearing. *See* DE 255 (imposing a thirteen-month term of imprisonment); *Find an Inmate*, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited April 2, 2026) (noting that Defendant was released from BOP custody on May 12, 2025). The pending motion is therefore DENIED AS MOOT.

SO ORDERED this ___2<sup>d</sup>___ day of April, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE